

# NUMBER 13-21-00092-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI — EDINBURG

## IN RE C.N.E.

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

On April 6, 2021, relator C.N.E.[1] filed a petition for writ of mandamus seeking to compel the trial court to order the trial court to: (1) dismiss the suit for modification filed by real party in interest, A.J.S., to the extent that it requests he be granted the right to establish the primary residence of the parties' minor child; and (2) vacate a temporary

---

[1] *See* TEX. FAM. CODE ANN. § 109.002(d) ("On the motion of the parties or on the court's own motion, the appellate court in its opinion may identify the parties [in a suit affecting the parent-child relationship] by fictitious names or by their initials only.").

order which, inter alia, changed a primary residence restriction.

The Court requests that the real party in interest, A.J.S., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
6th day of April, 2021.

2